NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**ROBERT S. TRISOTTO, NYB #4784203**
Robert.Trisotto@usdoj.gov
**MEREDITH D.M. BATEMAN, OSB #192273**
Meredith.Bateman@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-cr-00283-AN |
| v. | **UNITED STATES' WITNESS LIST** |
| **PETER IGWACHO,** | |
| Defendant. | |

    Plaintiff United States of America submits its current Witness List in the above-captioned case in accordance with the Court's Criminal Case Management Order (ECF No. 29).

    1.    Senior Investigative Counsel Mary Cvengros with the U.S. Small Business Administration ("SBA");

    2.    Supervisory Attorney Fazile Kepadia with the SBA;

    3.    Stephen Kucharski (or another representative)[1] with the SBA;

    4.    Special Agent Kris Pasquale with the SBA;

---

[1] The United States may substitute another representative with the SBA to testify about the topics Mr. Kucharski is currently noticed to testify about, namely, interstate wire transmissions.

**United States' Witness List**        **Page 1**

5. Digital Forensic Examiner Patrick Smith with the U.S. Treasury Inspector General for Tax Administration ("TIGTA");

6. Vice President of Lending Gubby Spring with Northern Skies Federal Credit Union;

7. Forensic Document Examiner Jennifer Strand with the TIGTA;

8. Special Agent David Viboch with the TIGTA;

9. Investigative Analyst Kenneth Welch with the SBA;

10. Representative with the Alaska Department of Labor and Workforce Development;

11. Representative with the Alaska Department of Revenue;

12. Representative with the Alaska Department of Commerce, Community, and Economic Development; and

13. Representative with Yahoo, Inc.

The United States respectfully requests leave to modify its witness list as needed.

Dated: August 30, 2024.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

 /s/ Robert S. Trisotto
ROBERT S. TRISOTTO
MEREDITH D.M. BATEMAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA