WILLIAM M. NARUS, CAB #243633
Acting United States Attorney
District of Oregon
**ROBERT S. TRISOTTO, NYB #4784203**
Robert.Trisotto@usdoj.gov
**MEREDITH D.M. BATEMAN, OSB #192273**
Meredith.Bateman@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for the United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-cr-00283-AN |
| v. | **UNITED STATES' AMENDED WITNESS LIST** |
| **PETER IGWACHO,** | |
| **Defendant.** | |

The United States submits its current Witness List for its case-in-chief in accordance with the Court's Criminal Case Management Order (ECF No. 29).

1. Investigator Tamara Carter with the Alaska Department of Labor and Workforce Development;

2. Supervisory Attorney Advisor Rachel Dodd with the U.S. Small Business Administration ("SBA");

3. Investigator Corina Garrison with the Alaska Department of Labor and Workforce Development;

4. Court Witness Coordinator Victoria Hernandez with IRS – Criminal Investigations;

**United States' Amended Witness List**                                    **Page 1**

5. Head of Amazon Web Services GovCloud (US) GTM Nicci Neal with Amazon Web Services;

6. Special Agent Kristofer Pasquale with the SBA-OIG;

7. Outreach and Marketing Specialist Janie Sacco with the SBA;

8. Corporations Examiner Catherine Schlosser with the Alaska Department of Commerce, Community, and Economic Development;

9. Donald Spidell with Allocore;

10. Vice President of Lending Gubby Spring with Northern Skies Federal Credit Union;

11. Jass Tagne with Jif Services;

12. Special Agent David Viboch with the Treasury Inspector General for Tax Administration; and

13. Investigative Analyst Kenneth Welch with the SBA.

///

///

The United States respectfully requests leave to modify its witness list as needed. Additionally, the United States reserves the right to call additional witnesses to account for rulings made at the pretrial conference and in its rebuttal case as needed.

Dated: July 22, 2025.                           Respectfully submitted,

                                                WILLIAM M. NARUS
                                                Acting United States Attorney

                                                 */s/ Robert S. Trisotto*
                                                ROBERT S. TRISOTTO
                                                MEREDITH D.M. BATEMAN
                                                Assistant United States Attorneys

                                                Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA