# UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

## WITNESS LIST

USA v. Igwacho
Case Number: 3:22-cr-00283-AN

| PRESIDING JUDGE<br>U.S. District Judge Adrienne Nelson | PLAINTIFFS' ATTORNEY<br>Meredith Bateman, Robert Trisotto, Suzanne A. Miles | DEFENDANTS' ATTORNEY<br>Michelle Holman Kerin, Joanna T. Perini-Abbott |
|---|---|---|
| HEARING DATES: 8/19/2025, 8/20/2025, 8/21/2025 | COURT REPORTERS<br>Bonita Shumway | COURTROOM DEPUTY<br>Jody Harper |

| Date | Called By | LIST OF WITNESSES |
|---|---|---|
| 8/19/2025 | Plaintiff | Janie Sacco |
| 8/19/2025 | Plaintiff | Thacha "Gubby" Spring |
| 8/20/2025 | Plaintiff | Thacha "Gubby" Spring |
| 8/20/2025 | Plaintiff | Rachel Dodd |
| 8/20/2025 | Plaintiff | Catherine Schlosser |
| 8/20/2025 | Plaintiff | Corina Garrison |
| 8/20/2025 | Plaintiff | Victoria Hernandez |
| 8/20/2025 | Plaintiff | David Viboch |
| 8/20/2025 | Plaintiff | Njukang Asong |
| 8/20/2025 | Plaintiff | Kristofer Pasquale |
| 8/21/2025 | Plaintiff | Kristofer Pasquale |
| 8/21/2025 | Plaintiff | Donald Spidell |
| 8/21/2025 | Plaintiff | Stephen Klingner |
| 8/21/2025 | Plaintiff | Kenneth Welch |
| 8/21/2025 | Defendant | Connie Ambler |

United States District Court
District Court
Exhibits Log: 3:22-cr-00283-AN
USA v. Igwacho, 8/19/2025

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-1 | Aug. 12, 2020 PPP Loan Application #5728788203 and Related Materials |
| Gov-2 | Mar. 15, 2021 PPP Loan Application #1464638604 and Related Materials |
| Gov-3 | SBA Form 2483 (Revised 620) – Blank Borrower Application Form |
| Gov-4 | April 8, 2020 EIDL Loan Application #3601026434 (Yukon Employment Solutions) |
| Gov-5 | Feb. 20, 2021 EIDL Loan Application #3317276601 (Yukon Employment Solutions) |
| Gov-6 | Oct. 5, 2021 EIDL Loan Application #3324022404 (Yukon Employment Solutions) |
| Gov-8 | Alaska Department of Labor and Workforce Development Records for Yukon Employment Solutions |
| Gov-10 | Anchorage School District Records for Defendant |
| Gov-11 | Alaska Department of Commerce, Community, and Economic Development – License Details |
| Gov-13 | IRS Form 1040 (2019) for Defendant |
| Gov-17 | IRS Database Screenshots for Yukon Employment Solutions |
| Gov-18 | SBA Server Records for Count 1 |
| Gov-19 | SBA Server Records for Count 2 |
| Gov-20 | SBA Server Records for Count 3 |
| Gov-22 | 2019-2021 Northern Skies Federal Credit Union Banking Records for Yukon Employment Solutions |
| Gov-28 | 2020.08.03 Email from Defendant to Jiff Services re 2019 tax return and attachment |
| Gov-29 | 2020.08.03 Email from Defendant to Jiff Services re 2018 tax return and attachments |
| Gov-30 | 2020.08.09 Email from Defendant to K.H. re PPP Application and attachments |
| Gov-31 | 2020.08.09 Email from Defendant to PDC Reconsideration re EIDL Requested Documentation and attachments |
| Gov-36 | 2021.02.12 Email from Defendant to Jiff Services re Taxes and attachments |
| Gov-37 | 2021.02.17 Email from Defendant to Njasong51 re PPP Application |
| Gov-38 | 2021.02.17 Email from Defendant to Njasong51 re Taxes and attachments |
| Gov-40 | 2021.02.17 Email from Defendant to Njasong51 re In for $145,000 |
| Gov-41 | 2021.02.18 Email from Njasong51 to Defendant re 2020 Taxes and Form 940 and attachments |
| Gov-42 | 2021.02.19 Email from Defendant to G.S. re PPP Loan Forgiveness Application and attachments |
| Gov-43 | 2021.02.19 Email from Defendant to S.F. re PPP Loan and 2020 Taxes and Top Tires and attachments |
| Gov-44 | 2021.02.19 Email from Njasong51 to Defendant re 2020 Taxes & Top Tires |
| Gov-46 | 2021.02.20 Email from Defendant to S.F. re Corrected 2020 Taxes and attachment |
| Gov-47 | 2021.02.20 Email from Njasong51 to Defendant re Corrected 2020 Taxes and attachment |
| Gov-48 | 2021.02.20 Email from Njasong51 to Defendant re Corrected 2020 Taxes and attachment |
| Gov-49 | 2021.02.23 Email from Njasong51 to Defendant re 2020 Form 940 and attachment |
| Gov-50 | 2021.02.23 Email from Defendant to Njasong51 re 2020 Form 941s |
| Gov-52 | 2021.02.25 Email from Defendant to PDC Reconsideration re Increase EIDL Loan Amount Application No. 3601026434 |
| Gov-54 | 2021.03.02 Email from Defendant to Njasong51 re Submission of Form 941s |
| Gov-55 | 2021.03.02 Email from Njasong51 to Defendant re Form 941s and attachments |
| Gov-56 | 2021.03.02 Email from Defendant to G.S. re Submission of Form 941s and attachments |
| Gov-57 | 2021.03.03 Email from Njasong51 to Defendant re 2nd Quarter Form 941 and attachment |
| Gov-58 | 2021.03.03 Email from Defendant to G.S. re Application of PPP Loan 2 |
| Gov-59 | 2021.03.03 Email from Defendant to G.S. re Increase PPP Loan 2 Amount |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-60 | 2021.03.03 Email from Defendant to G.S. re Corrected 2nd Quarter Form 941 and attachment |
| Gov-61 | 2021.03.07 Email from Defendant to Njasong51 re EIDL Application No. 3601026434 Increase Loan Amount |
| Gov-62 | 2021.03.08 Email from Defendant to G.S. re PPP Loan 1 Forgiveness Application |
| Gov-66 | 2021.07.10 Email from Defendant to Jif Services re Defendant's 2020 W2s |
| Gov-71 | Summary Chart 1 – Use of Aug. 12, 2020 Application PPP Loan Proceeds |
| Gov-72 | Summary Chart 2 |
| Gov-73 | Summary Chart 3 |
| Gov-77 | Letter from Peter Igwacho to Alaska Department of Health and Social Services, received February 26, 2019 |
| Gov-78 | Judgment from State of Minnesota v. Peter Igwacho, Case No. KS-07-2656 (Second Judicial District, Cnty. of Ramsey) |
| Gov-84 | Record from Data Center Warehouse for Yukon's EIN |
| Gov-85 | Amended IRS Form 1040 (2019) for Defendant and Related Correspondence |
| Gov-86 | IDRS Print Screen for Tax Year 2021 for Defendant_Redacted |
| Gov-88 | Alaska Department of Commerce, Community, and Economic Development – License Details for Rebirth Re-Entry Home |
| Gov-89 | Tax Records for Delphine Atu-Tetuh_Redacted |
| Gov-91 | Alaska Department of Corrections Billing Records for Delphine Atu-Tetuh |

Plaintiff: _[signature]_    Date: 8/21/25

Defendant: _[signature]_    Date: 8/21/2025